NUMBER 13-07-687-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: DARRYL LEE

 


On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 

 Relator, Darryl Lee, filed a petition for writ of mandamus in the above cause on
November 5, 2007, in which he alleges that the respondent, the Honorable Anna Marie
Silvas, District Clerk of Bee County, Texas, abused her discretion by failing to perform her
ministerial duties by failing to file relator's writ of habeas corpus with the district clerk's
office.

 The Court, having examined and fully considered the documents on file and petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought and the petition for writ of mandamus should be denied. See Tex. R. App. P.
52.8. Accordingly, the petition for writ of mandamus is DENIED. 

 

 PER CURIAM 


Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and

filed this the 15th day of November, 2007.